AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

WALTER ALGARIN, *et al.*,

      Plaintiffs,               JUDGMENT IN A CIVIL CASE

V.

                                CASE NUMBER:  **3:11-CV-00229-RCJ-VPC**

CTX MORTGAGE COMPANY, LLC, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for Plaintiff's failure to comply with the Court's Notice of Intention to Dismiss pursuant to Local Rule 41-1 (#64).

  January 14, 2014                               **LANCE S. WILSON**
                                                          Clerk

                                                          /s/ D. R. Morgan
                                                          Deputy Clerk